■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK HENRY, Appellant. [750 NYS2d 850] —Judgment, Supreme Court, Bronx County (William Donnino, J.), rendered on or about June 9, 2000, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Andrias, J.P., Saxe, Sullivan, Friedman and Gonzalez, JJ.

■ ADRIAN SANGEORZAN, Respondent, v ADRIANA SANGEORZAN, Appellant. [750 NYS2d 850] —Order, Supreme Court, New York County (Joan Lobis, J.), entered January 12, 2001, which, inter alia, granted plaintiff's motion to resettle a judgment so as to clarify that no prejudgment interest had been awarded on the distributive award comprising defendant's share of the value of plaintiff's medical license valued as of the commencement of the action, unanimously affirmed, without costs.

The denial of prejudgment interest was a proper exercise of discretion (CPLR 5001 [a]; *cf. Haymes v Haymes*, 298 AD2d 117). Concur—Andrias, J.P., Saxe, Sullivan, Friedman and Gonzalez, JJ.